# EXHIBIT B

**The Company and Teamsters Local Union 480 agree to the following to cover Shifter Extra/ Coverage Work at the Whites Creek Facility:**

a. Two new 22.2 jobs shall be bid in the shifter classification, to be posted June 21, 2010;

b. A list will be posted by the Company by the first of every month to be signed by 22.2 and 22.3 and part-time shifter employees interested in extra/coverage work opportunities. Shifter employees will be called by steward verification to first 22.2 then 22.3 employees, and if necessary, part-time shifter employees;

c. The Parties agree that all extra/coverage work opportunities in the shifter classification will be offered to all full-time 22.2 and 22.3 shifter employees prior to part-time shifter employees;

d. The shifter bids shall be posted on or before June 21, 2010, with additional premium start times, for full time shifters to be reviewed by the Union;

e. The Union agrees to withdraw with prejudice all grievances on the attached Exhibit B, excluding those highlighted; Provided, however, that the Union shall have 30 days from the date of this agreement to identify any grievances on Exhibit B that should be removed from the list.

_____  _____
UNION                       COMPANY

6-16-2010                   JUNE 16, 2010
_____  _____
DATE                        DATE

Case 3:12-cv-00178   Document 1-2   Filed 02/13/12   Page 2 of 2 PageID #: 16